UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **CRIMINAL ACTION** |
| **VERSUS** | **NO. 08-020** |
| **LORRAINE MILLER** | **SECTION "B"(1)** |

## ORDER

Considering the Motion for a Reconsideration of Judgment and for Appointment of a Public Defender (Rec. Doc. No. 58),

**IT IS ORDERED** that the Motions are **DISMISSED**. Defendant has the opportunity to preliminarily address the issues that form the basis for her motion for reconsideration through the U.S. Attorney's Office of Financial Services, which mailed to Defendant in October of 2014, a demand letter and repayment agreement, which Defendant has yet to complete and return to the U.S. Attorney's Office.

New Orleans, Louisiana, this 10th day of March, 2015.

UNITED STATES DISTRICT JUDGE